■ GARRETT CLIFFORD et al., Respondents, v SIDNEY A. WEISBERG, Appellant, et al., Defendants. (And a Third-Party Action.) [686 NYS2d 715] —In an action, *inter alia*, to recover damages for legal malpractice, the defendant Sidney A. Weisberg appeals from an order of the Supreme Court, Suffolk County (Gowan, J.), dated January 14, 1998, which denied his motion, *inter alia*, for summary judgment dismissing the third, fourth, and fifth causes of action of the complaint.

Ordered that the order is affirmed, with costs.

The proponent of a motion for summary judgment "must make a prima facie showing of entitlement to judgment as a matter of law, tendering sufficient evidence to demonstrate the absence of any material issues of fact" (*Alvarez v Prospect Hosp.,* 68 NY2d 320, 324). The defendant failed to meet this burden inasmuch as material issues of fact exist as to whether

an attorney-client relationship was established. Therefore, the defendant was not entitled to summary judgment (see, CPLR 3212 [b]).

The defendant's remaining contentions are without merit. Santucci, J. P., Sullivan, Florio and McGinity, JJ., concur.